SEVERYN J. HASBROUCK, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 42979.) — MEMORANDUM BY THE COURT.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by the court.